[No. 36468-5-I.    Division One.    October 21, 1996.]

PARKSHORE MARINA ASSOCIATION, *Respondent*, v.
JOSEPH H. R. GELISSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-27054-1, Liem E. Tuai, J., entered April
14, 1995. *Affirmed* by unpublished opinion per Cox, J.,
concurred in by Baker, C.J., and Webster, J.


[No. 38093-1-I.    Division One.    October 21, 1996.]

*In the Matter of the Personal Restraint of* LADARR
GRIFFIN, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03558-1, Sharon S. Armstrong, J., entered
November 13, 1992. *Reversed* by unpublished per curiam
opinion.


[No. 38501-1-I.    Division One.    October 21, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JON W.
MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 1-45074, Brian D. Gain, J., entered April 10,
1996. *Dismissed* by unpublished per curiam opinion.


[No. 13628-1-III.    Division Three.    October 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERROL
DEAN TRENT, *Appellant*.

Appeal from a judgment of the Superior Court for Klick-
itat County, No. 93-1-00046-6, Ted Kolbaba, J., entered
September 28, 1993. *Affirmed in part* and *remanded* by un-
published opinion per Sweeney, C.J., concurred in by Mun-
son and Kurtz, JJ.